## W. R. ROSS & SON v. RIVERTON GIN CO., Inc.

### No. 4787.

Court of Appeal of Louisiana. Second Circuit.

May 4, 1934.

Vinson M. Mouser, of Columbia, for appellant.

C. P. Thornhill, of Columbia, and J. B. Thornhill, of Monroe, for appellee.

DREW, Judge.

In this case appellant has made no appearance in this court either by filing of brief or argument. We therefore presume the appeal has been abandoned.

It is therefore ordered, adjudged, and decreed that the appeal taken herein is dismissed as having been abandoned.